IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHRISTOPHER TATE**                                                                 **PLAINTIFF**

v.                              No: 3:19-cv-00161 KGB-PSH

**SELERIS,** *et al.*                                                                **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

A complaint was filed by Plaintiff Christopher Tate on May 31, 2019 while he was housed in the Craighead County Detention Center (Doc. No. 1). On August 5, 2019, Tate moved to voluntarily dismiss his case and provided a new address, which indicates he is no longer incarcerated (Doc. No. 6). Mail sent to Tate at the Craighead County Detention Center was also returned as undeliverable (Doc. No. 3). The defendants have not yet been served. For good cause shown, Tate's motion to dismiss should be GRANTED and the case should be dismissed without prejudice.

IT IS SO RECOMMENDED this 6th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE