# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER TATE**                                                      **PLAINTIFF**

**v.**                    **Case No. 3:19-cv-00161-KGB-PSH**

**SELERIS,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 7). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore grants plaintiff Christopher Tate's motion to dismiss (Dkt. No. 6) and dismisses without prejudice Mr. Tate's complaint (Dkt. No. 1).

It is so ordered this 19th day of December, 2019.

                                                       Kristine G. Baker
                                                       United States District Judge