# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER TATE**   **PLAINTIFF**

**v.**   Case No. 3:19-cv-00161-KGB-PSH

**SELERIS,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Christopher Tate's complaint is dismissed without prejudice.

It is so adjudged this 19th day of December, 2019.

                                             Kristine G. Baker
                                             United States District Judge